IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 5:24-CR-34 (MTT) |
| : | |
| ARIEL E. COLLAZO RAMOS : | |
| : | |
| _____ : | |

### GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
### TO LIMIT DISCLOSURE OF DISCOVERY MATERIALS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves this Court to issue a protective order, pursuant to Federal Rule of Criminal Procedure 16(d), preventing the disclosure of discovery materials outside the defense team.

**I.   Facts**

On April 9, 2024, a one-count indictment was returned against Ariel E. Collazo Ramos charging him with Mailing Threatening Communications in violation of Title 18, United States Code, Section 876(c). The present prosecution is an FBI investigation of threatening communications mailed by Defendant to Jewish individuals across the United States.

The discovery materials in this case contain law enforcement reports and other sensitive information. Some of the discovery includes sensitive information related to victims and witnesses in this case. The Government believes that it is in the best interests of all parties to limit the possession of the discovery materials to Defendant's counsel. The Government proposes that Defendant be allowed full access to the discovery materials only while with defense counsel.

## II.     Reasons for a Protective Order

The Government is seeking a Protective Order for discovery in this case to protect any Personally Identifiable Information in the materials, and to protect the safety of any victims, witnesses, court staff, or members of law enforcement involved in this investigation. Additionally, this Protective Order will help to ensure the safety of Defendant while in custody.

Because there is PII in the discovery materials, the Government seeks a protective order to prevent disclosure of the discovery materials outside of the defense team. Because of the sensitive nature of the discovery materials, the Government believes that this Protective Order is appropriate. The Government does not seek to limit defense counsel's access to the materials, but rather seeks to ensure that appropriate protections are in place to preserve the integrity of the more sensitive aspects of this investigation.

The Government provided a copy of this Motion and the Proposed Protective Order to defense counsel who is currently assigned to this case. Byron L. Conway, Jr., on behalf of Ariel E. Collazo Ramos, has advised that she has no objection to the issuance of the Proposed Protective Order.

## III.    Conclusion

The Government submits that good cause exists to grant this Motion because of the desire to protect sensitive information in the discovery materials. Furthermore, the Government submits that the relief requested will not hinder the defendant's preparation of her defense. Therefore, the Government respectfully requests that the Court grant this Motion and enter the Proposed Order attached hereto.

Respectfully submitted this 12th day of June, 2024.

        PETER D. LEARY
        United States Attorney
        Middle District of Georgia


        BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov

## CERTIFICATE OF SERVICE

I, William R. Keyes, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing ***Motion for Protective Order*** by electronically filing said motion with the Clerk of the Court using the CM/ECF system.

This 12th day of June, 2024.

>PETER D. LEARY
>United States Attorney
>Middle District of Georgia
>
>
>BY:   */s/ William R. Keyes*
>WILLIAM R. KEYES
>Assistant United States Attorney
>Georgia Bar Number 368650
>United States Attorney's Office
>Middle District of Georgia
>Post Office Box 1702
>Macon, Georgia 31202-1702
>Telephone: (478) 621-2635
>Email: william.r.keyes@usdoj.gov